United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30002 |
| BRENDAN GOWING, INC. | § | |
| and | § | |
| BRENDAN F. GOWING | § | |
| and | § | |
| CATHERINE H. GOWING, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

On January 1, 2024 Brendan Gowing, Inc., Brendan F. Gowing and Catherine H. Gowing ("*Debtors*") filed for relief under Chapter 11 of the United States Bankruptcy Code. This Court issued a show cause order as to why the instant jointly admistered case should not be dismissed or converted to chapter 7. On February 21, 2024 the Court held a hearing and for the reasons stated on the record it is therefore:

**ORDERED**: that

1. This jointly administered case is DISMISSED with prejudice to refiling for 180 days from the date of this order.

2. This case is hereby CLOSED.

SIGNED February 21, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge