# Norma Chavez

| | |
|---|---|
| **From:** | Brendan Gowing <b_gowing@yahoo.com> |
| **Sent:** | Thursday, February 22, 2024 1:40 PM |
| **To:** | Norma Chavez |
| **Cc:** | James W. McClure; Preston Towber; Rivera Yasmine (USTP) |
| **Subject:** | 24-30002 & 24-30003 2-21-24 Bankruptcy Court No-Show Dismissal |
| **Attachments:** | 2-21-24 Bankruptcy Court No Show.pdf |

**CAUTION - EXTERNAL:**

Dear Ms. Chavez,

I am enclosing a letter I wish added to the file. Unbeknownst to me or my wife, My Attorney
was very ill and that is why she failed to appear yesterday. Margaret passed away last night.

I am attempting to hire a new attorney and file a motion for Reconsideration. I may have to file Pro-Se
as I am not licensed in Federal Court.

Sincerely,

Brendan Gowing
Individually and as President of Brendan Gowing Inc.

Brendan Gowing
3600 Michaux St.
Houston, Texas 77009 b_gowing@yahoo.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.