**The Honorable Judge Eduardo V. Rodriguez**
**C/O Jeannie Chavez via**
Norma_j_chavez@txs.uscourts.gov

cc. Preston Towber
preston@towberlaw.com

Dear Judge Rodriguez,

My name is Brendan Gowing and I am the debtor, individually with my wife and as President of Brendan Gowing Inc. in cause Nos. 24-30002 and 24-30003.

The cases were set for a hearing before your bench today, February 21, 2024. My attorney, Margaret McClure, has had a few medical issues after suffering a fall late last month. There has been a no-show for a consultation with a US Trustee and a re-schedule of another hearing. I did not request any of the resets personally nor did I not attend either hearing. I spoke to Yasmine Rivera, form the DOJ, about my attorney's absence while we waited to see if my attorney was going to join the call.

Last Night at 7:00 p.m., 7:40 p.m. and 8:32 p.m. I inquired via text with my attorney regarding today's hearing. I was asking for the phone number, hearing number, and video conferencing number. I received no answer to my texts. Yesterday at 12:01 p.m., 4:13 p.m., and today at 9:30 a.m., 9:33 a.m., 10:19 a.m., 10:27 a.m. I phoned my attorney to receive the hearing information.

I called the court and received voicemail. After 10:30 a.m. today, I went to the court's website and found information and attempted to dial in to the hearing. When the call connected at 10:36 I and my wife were told that the case was dismissed due to my non-appearance and my attorney's non-appearance. I was also told that the case could not be re-filed for 6 months and that I could not appear because I had not been sworn in. I am not licensed to practice before the Federal Court so I could not state that I am an officer of the Court but I have in fact been a licensed Texas Attorney for the last 30 years.

I spoke to my Attorney at 10:40 a.m. on 2/21/24 and was told a Motion to Reconsider would be filed in these cases. I wish this note to be part of the record as a testament that My wife and I were ready willing and able to appear. I received a phone call at 12:23 P.M. form My attorney's daughter who told me my Attorney passed away during the night of 12/21/24.

Thank you for your time and consideration. I will gladly provide any more proof or testify to these facts if requested by the Court.

Brendan Gowing
TBA 00785920
3600 Michaux St.
Houston, Tx 77009
b_gowing@yahoo.com
713-444-5110